## United States District Court
### Violation Notice (Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| CLI | E1392337 | SALAZAR | 5847 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒CFR ☐USC ☐State Code |
|---|---|
| 04/26/2025 1052 HRS | 38 CFR 1218(a)(7)(b)(18) |

Place of Offense:
11301 WILSHIRE BLVD LOS ANGELES CA 90073

Offense Description: Factual Basis for Charge    HAZMAT ☐
UNAUTHORIZED INTRODUCTION ON VA CONTROLLED PROPERTY OF DRUGS, AND BY PARAPHERNALIA

**DEFENDANT INFORMATION**
Last Name: BICKNELL
First Name: ALAH
M.I.: M.

[Street Address and other personal info redacted]

**APPEARANCE IS REQUIRED**
A ☒ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

Forfeiture Amount $ ___
+ $30 Processing Fee
Total Collateral Due $ ___

PAY THIS AMOUNT AT www.cvb.uscourts.gov

**YOUR COURT DATE**
Court Address: ROYBAL FEDERAL BUILDING, 255 E TEMPLE ST, LOS ANGELES CA 90012
Date: 7/2/2025
Time: 8:00 AM

X Defendant Signature: [signature]

Original - CVB Copy

*E1392337*

---

**STATEMENT OF PROBABLE CAUSE**
(For issuance of an arrest warrant or summons)

I state that on APRIL 26TH, 20 25 while exercising my duties as a law enforcement officer in the CENTRAL District of CALIFORNIA

SEE ATTACHED STATEMENT

The foregoing statement is based upon:
☒ my personal observation     ☒ my personal investigation
☒ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 04/26/2025    [Officer's Signature]

Probable cause has been stated for the issuance of a warrant.

Executed on: _____    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 05/28/2025 8:26